United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-13703-pmm
Stuart D. Ross, IV  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Apr 16, 2025    Form ID: 155    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stuart D. Ross, IV, 247 Seven Springs Lane, Downingtown, PA 19335-1435 |
| 14936944 | + | Asha Ross, 247 Seven Springs Lane, Downingtown, PA 19335-1435 |
| 14936946 | + | Chrysler Capital, 1601 Elm St. - Ste. 800, Dallas, TX 75201-7260 |
| 14936949 | | Dept. of Ed/Navient, 121 S. 13th St., Lincoln, NE 68508-1904 |
| 14936955 | | Portfolio Recovery Assoc., Riverside Commerce Center, Norfolk, VA 23502-4962 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14936943 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2025 01:53:43 | Ally Credit Card, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 14936945 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 17 2025 01:53:53 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 14937796 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2025 01:54:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14948327 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2025 01:54:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14936947 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 17 2025 01:53:56 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14936948 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 17 2025 01:51:00 | Dept of ED, 121 S. 13th St., Lincoln, NE 68508-1904 |
| 14936950 | ^ | MEBN | Apr 17 2025 01:44:26 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14945367 | | Email/Text: bk@lakecitycredit.com | Apr 17 2025 01:51:00 | Lake City Credit, P.O. Box 1655, Lake Dallas, TX 75065 |
| 14936951 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2025 01:53:47 | LVNV Funding LLC c/o Resurgent Capital Svcs., Po Box 1269, Greenville, SC 29602-1269 |
| 14936952 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2025 01:53:44 | LVNV Funding LLC c/o Resurgent Capital Svc., PO Box 1269, Greenville, SC 29602-1269 |
| 14938191 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2025 01:54:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14936953 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2025 01:51:00 | Midland Credit Management, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 14961899 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2025 01:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14959007 | + | Email/PDF: ebnotices@pnmac.com | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 16, 2025 | Form ID: 155 | Total Noticed: 24

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 17 2025 01:54:05 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14943237 | ^ MEBN | | Apr 17 2025 01:44:27 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14957470 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2025 01:53:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14936954 | + | Email/PDF: ebnotices@pnmac.com | Apr 17 2025 01:54:05 | Pennymac Loan Services LLC, PO Box 514387 M, Los Angeles, CA 90051-4387 |
| 14943676 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 17 2025 01:51:00 | Santander Consumer USA, Inc., an Illinois corporation, d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14945928 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 17 2025 01:51:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Stuart D. Ross  IV jgagliardi@wgflaw.com, lfolkert@wgflaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Stuart D. Ross IV  )  Case No. 24−13703−pmm
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 16, 2025              For The Court

                                                Patricia M. Mayer
                                                Judge, United States Bankruptcy Court