IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: STUART D. ROSS, IV ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL ) | CASE NO. 24-13703 (PMM) |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | 11 U.S.C. 362 |
| STUART D. ROSS, IV ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |

**ORDER APPROVING STIPULATION**

    IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about August 5, 2025 in the above matter is APPROVED.

Dated: **August 5, 2025**

                                      BY THE COURT:

                                      */s/ Patricia M. Mayer*
                                      Hon. Patricia M. Mayer
                                      UNITED STATES BANKRUPTCY JUDGE