**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| STUART D. ROSS, IV | : | Case No. 24-13703-PMM |
| | : | |
| Debtor | : | |

**PRAECIPE TO WITHDRAW FILED DOCUMENT**

TO THE CLERK:

Kindly withdraw Debtor's Response (Doc 46) to Trustee's Motion to Dismiss (Doc 41), filed on 08/25/25 in the above-referenced proceeding as the wrong document was submitted. The correct Response will be filed this date.

WETZEL GAGLIARDI FETTER & LAVIN LLC

Date: August 26, 2025      BY:   /s/ John A. Gagliardi
John A. Gagliardi, Esquire
122 South Church Street
West Chester, PA 19382
Phone:  (484) 887-0779
Fax:  (484) 887-8763
jgagliardi@wgflaw.com