### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stuart D. Ross, IV <br> _Debtor(s)_ <br><br> PENNYMAC LOAN SERVICES, LLC <br> _Moving Party_ <br> vs. <br><br> Stuart D. Ross, IV <br> _Debtor_ <br> Asha Nichole Ross <br> _Co-Debtor_ <br><br> Kenneth E. West <br> _Trustee_ | CHAPTER 13 <br><br> NO. 24-13703 PMM <br><br> 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this __26th__ day of __August__, 2025, at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge