**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| STUART D. ROSS, IV | : | Case No. 24-13703-PMM |
| Debtor | : | |

**PRAECIPE TO WITHDRAW FILED DOCUMENT**

TO THE CLERK:

Kindly withdraw Debtor's Response (Doc 50) to Trustee's Motion to Dismiss (Doc 41), filed on 08/26/25.

                                         WETZEL GAGLIARDI FETTER & LAVIN LLC

Date: February 2, 2026      BY:   /s/ John A. Gagliardi
                                                    John A. Gagliardi, Esquire
                                                    122 South Church Street
                                                    West Chester, PA 19382
                                                    Phone:   (484) 887-0779
                                                    Fax:   (484) 887-8763
                                                    jgagliardi@wgflaw.com