United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-13703-pmm
Stuart D. Ross, IV     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 03, 2026     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stuart D. Ross, IV, 247 Seven Springs Lane, Downingtown, PA 19335-1435 |
| aty | + | Wetzel Gagliardi Fetter & Lavin LLC, 122 S. Church St., West Chester, PA 19382-3223 |
| 14936944 | + | Asha Ross, 247 Seven Springs Lane, Downingtown, PA 19335-1435 |
| 15072987 | + | Capital One Auto Finance, c/o Eliza Garifullina, 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 15072626 | + | Capital One Auto Finance, a division of Capital On, c/o Eliza Garifullina, Esq, 200 Eagle Road, Bldg 2, Ste 120, Wayne, PA 19087-3115 |
| 14936946 | + | Chrysler Capital, 1601 Elm St. - Ste. 800, Dallas, TX 75201-7260 |
| 14936949 | | Dept. of Ed/Navient, 121 S. 13th St., Lincoln, NE 68508-1904 |
| 14936955 | | Portfolio Recovery Assoc., Riverside Commerce Center, Norfolk, VA 23502-4962 |
| 15011349 | + | Santander Consumer USA Inc., dba Chrysler Capital, c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200 Cherry Hill, NJ 08034-1925 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 04 2026 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2026 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2026 00:42:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14936943 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 04 2026 00:41:15 | Ally Credit Card, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 14936945 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 04 2026 00:41:32 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 14937796 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 00:41:30 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14948327 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 00:41:15 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14936947 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2026 00:41:32 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14936948 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 04 2026 00:42:00 | Dept of ED, 121 S. 13th St., Lincoln, NE 68508-1904 |
| 14936950 | ^ | MEBN | Feb 04 2026 00:31:41 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14945367 | | Email/Text: bk@lakecitycredit.com | Feb 04 2026 00:42:00 | Lake City Credit, P.O. Box 1655, Lake Dallas, TX |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 03, 2026 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75065 |
| 14936951 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 00:51:47 | LVNV Funding LLC c/o Resurgent Capital Svcs., Po Box 1269, Greenville, SC 29602-1269 |
| 14936952 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 00:41:32 | LVNV Funding LLC c/o Resurgent Capital Svc., PO Box 1269, Greenville, SC 29602-1269 |
| 14938191 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 00:51:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14936953 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2026 00:42:00 | Midland Credit Management, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 14961899 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2026 00:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14959007 | + | Email/PDF: ebnotices@pnmac.com | Feb 04 2026 00:51:47 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14943237 | ^ | MEBN | Feb 04 2026 00:31:42 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14957470 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2026 00:51:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14936954 | + | Email/PDF: ebnotices@pnmac.com | Feb 04 2026 00:51:47 | Pennymac Loan Services LLC, PO Box 514387 M, Los Angeles, CA 90051-4387 |
| 14943676 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2026 00:42:00 | Santander Consumer USA, Inc., an Illinois corporation, d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14945928 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 04 2026 00:42:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1911 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2 — User: admin — Page 3 of 3
Date Rcvd: Feb 03, 2026 — Form ID: pdf900 — Total Noticed: 31

DENISE ELIZABETH CARLON
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

ELIZA GARIFULLINA
  on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com

JOHN A. GAGLIARDI
  on behalf of Attorney Wetzel Gagliardi Fetter & Lavin LLC jgagliardi@wgflaw.com  lfolkert@wgflaw.com

JOHN A. GAGLIARDI
  on behalf of Debtor Stuart D. Ross  IV jgagliardi@wgflaw.com, lfolkert@wgflaw.com

KENNETH E. WEST
  ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
  on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　STUART D. ROSS, IV<br><br>　　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 24-13703-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 3, 2026**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge